THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
California Bar Number 157311
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2931
    Facsimile: (213) 894-7177
    E-mail: Monica.Tait@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 08-3111 SVW (AGRx) |
| Plaintiff, | CONSENT JUDGMENT FORFEITING ALL INTERESTS OF TSION HATANIAN AND BENHOUR HATANIAN IN THE DEFENDANT CURRENCY; ORDER THEREON |
| v. | |
| $62,783.82 IN BANK ACCOUNT FUNDS, | |
| Defendant. | |

    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and potential claimants Tsion Hatanian and Benhour Hatanian as follows:

    1.    This agreement is entered into between plaintiff United States of America and potential claimants Tsion Hatanian and Benhour Hatanian. On May 29, 2008, each of these potential claimants signed a plea agreement with the United States Attorneys Office for the Central District of

1  California.  <u>United States v. Tsion Hatanian</u>, CR 08-00788; <u>United
2  States v. Benhour Hatanian</u>, CR 08-00785.  Pursuant to paragraph
3  16(g)-(i) of each plea agreement, Tsion and Benhour Hatanian
4  agreed to execute this Consent Judgment.
5      2.   On May 12, 2008, plaintiff United States of America
6  commenced this judicial forfeiture action by filing a Complaint
7  alleging that the defendant $62,783.82 in Bank Account Funds
8  ("defendant $62,783.82") is forfeitable to the United States
9  pursuant to 31 U.S.C. § 5317.
10     3.   This Court has jurisdiction over the subject matter of
11 the present action and over the parties to this agreement.
12     4.   The Complaint states a claim for relief against the
13 defendant $62,783.82 under 31 U.S.C. § 5317(c).
14     5.   The United States shall have judgment in the present
15 forfeiture action against the interests of Tsion Hatanian and
16 Benhour Hatanian in the defendant $62,783.82.  The defendant
17 currency shall be condemned and forfeited to the United States
18 upon the entry of default judgment against the interests of all
19 other potential claimants.
20     6.   Except as to such rights and obligations created by this
21 Consent Judgment and the plea agreements, Tsion and Benhour
22 Hatanian each agree to release and hold harmless the United
23 States, and any agents, servants, and employees of the United
24 States (or any state or local law enforcement agency) acting in
25 their individual or official capacities, from all claims, actions
26 or proceedings by them and their agents, including, but not
27 limited to, any claim for attorney's fees and/or costs, or
28 interest, which may hereafter be asserted or brought by or on

1 | behalf of either of them which arise out of the present action.
2 |     7.   Except as to such rights and obligations created by this
3 | Consent Judgment and the plea agreements, and as to any civil tax
4 | liabilities or criminal matters, the United States agrees to
5 | release and hold harmless Benhour and Tsion Hatanian from all
6 | claims, actions or proceedings against the defendant currency on
7 | the grounds alleged in the complaint, including, but not limited
8 | to, any claim for attorney's fees and/or costs, or interest,
9 | which may hereafter be asserted or brought by or on behalf of the
10 | United States.
11 |     8.   Each party shall bear its own costs of litigation and
12 | attorney's fees.  Each party waives its right to appeal this
13 | consent judgment.  Entry of this Consent Judgment constitutes a
14 | certificate of reasonable cause pursuant to 28 U.S.C.
15 | § 2465(a)(2).
16 |     9.   The Court retains jurisdiction over this case and the
17 | parties hereto to effectuate the terms of this consent judgment.
18 |     10.  There being no just cause for delay, the clerk is
19 | hereby directed to enter this consent judgment, which constitutes
20 | a final judgment resolving this action as to the interests of
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

1  Tsion Hatanian and Benhour Hatanian pursuant to F. R. Civ. P.
2  54(b).  As to all other potential claimants to the defendant, the
3  United States shall move for entry of default and default
4  judgment after the expiration of the deadline for filing a claim
5  based on publication (pursuant to Rule G(a)(ii)(B), Supplemental
6  Rules for Admiralty or Maritime Claims or Asset Forfeiture
7  Actions).

8  **SO STIPULATED.**

```
                                    THOMAS P. O'BRIEN
                                    United States Attorney
                                    CHRISTINE C. EWELL
                                    Assistant United States Attorney
                                    Chief, Criminal Division
                                    STEVEN R. WELK
                                    Assistant United States Attorney
                                    Chief, Asset Forfeiture
                                    Section

DATED: _____           _____
                                    MONICA E. TAIT
                                    Assistant United States Attorney
                                    Attorneys for Plaintiff
                                    United States of America


DATED: _____           _____
                                    TSION HATANIAN, Potential Claimant


DATED: _____           _____
                                    BENHOUR HATANIAN, Potential Claimant


DATED: _____           _____
                                    KENNETH M. BARISH
                                    Attorney for Potential claimants
                                    Tsion Hatanian and Benhour Hatanian
```

**IT IS SO ORDERED.**

DATED: July 31, 2008                 _/s/ Stephen V. Wilson_____
                                     The Hon. Stephen V. Wilson
                                     UNITED STATES DISTRICT JUDGE